No. 1830.—CHARLES CASE, Receiver of the First National Bank of
New Orleans, v. H. F. STURCKEN.

APPEAL from Fifth District Court of New Orleans. *Leaumont*, J.
George L. *Bright* and J. D. *Rouse*, for plaintiff and appellant.
*Collens & Wooldridge*, for defendant and appellee.

LUDELING, C. J.   This case is similar to the suit of Charles Case,
Receiver, etc., v. Berwin.

For the reasons given in that case, it is ordered, adjudged and
decreed that the judgment of the district court be avoided and
reversed, and that the plaintiff have judgment against the defendant
for the sum of nine hundred and sixty dollars, with six per centum
per annum interest, from the first of June, 1866, to the first day of
June, 1867, and eight per centum per annum interest thereafter until
paid, and the costs in both courts.  It is further ordered that the
vendor's privilege and the special mortgage retained on the property
sold be recognized and made executory.

Justices Howell and Howe are recused in this case.

—————

No. 1831.—CHARLES CASE, Receiver of the First National Bank of
New Orleans, v. H. F. STURCKEN.

APPEAL from Fifth District Court of New Orleans. *Leaumont*, J.
George L. *Bright* and J. D. *Rouse*, for plaintiff and appellant.
*Collens & Wooldridge*, for defendant and appellee.

LUDELING, C. J.   This suit is similar to the case of Charles Case,
Receiver, etc., v. Berwin.

For the reason given in that case, it is ordered and adjudged
that the judgment of the district court be avoided, and that the
plaintiff have judgment against the defendant for the sum of eight
hundred and twenty dollars, with six per cent. per annum interest
thereon, from the first day of June, 1866, to the first day of June,
1867, and eight per cent. per annum interest thereafter till paid, and
the costs in both courts.  It is further ordered that the vendor's priv-
ilege and special mortgage retained on the property sold be recognized
and made executory.

Justices Howell and Howe are recused in this case.